UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division

Docket No. 7:23-CR-26-1M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| DEMIRION KEZIAH BARNETT ) | |
| Defendant ) | |

This matter is before the court on the U.S. Probation Officer's motion to continue the sentencing in the above case, presently scheduled for September 12, 2023, in Wilmington. The case is hereby CONTINUED to 10/10/2023 in Wilmington, North Carolina.

This 14th day of August 2023.

Richard E. Myers II
Chief United States District Judge